**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 15-7124**

─────────────

BRIAN WILSON,

                    Plaintiff – Appellant,

          v.

M. HOPE BLACKLEY, Spartanburg County Clerk of Court,

                    Defendant – Appellee,

          and

SPARTANBURG COUNTY CLERK OF COURT,

                    Defendant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Mary G. Lewis, District Judge. (2:15-cv-00869-MGL)

─────────────

Submitted:  October 20, 2015          Decided:  October 23, 2015

─────────────

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Brian Wilson, Appellant Pro Se. Kathleen Beatty Martin, Senior Assistant Attorney General, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Wilson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wilson v. Blackley, No. 2:15-cv-00869-MGL (D.S.C. filed June 30, 2015 & entered July 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED